USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 9/18/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN GILLIAM,

            Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

            Defendant.

**OPINION AND ORDER**

17 Civ. 3764 (ER)

Ramos, D.J.:

In light of the Plaintiff's letter request for an extension of time in which to file objections to the September 5, 2018 Report and Recommendation by Magistrate Judge Barbara Moses, and Defendant's request for a further extension to respond to the objections, the Court hereby orders the following briefing schedule:

Objections to the Report and Recommendation are due on **October 12, 2018**;

Responses to the objections are due on **October 26, 2018**.

As this adjournment is necessary to accommodate counsels' vacation and trial schedule, and religious observance obligations, the motions, Docs. 18, 20, are placed off calendar, subject to renewal by letter motion when briefing is complete.

The Clerk of Court is respectfully directed to terminate the letter motion, Doc. 24.

It is SO ORDERED.

Dated:    September 18, 2018
            New York, New York

                                                  Edgardo Ramos, U.S.D.J.